165 P.3d 1049

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**August 28, 2007**

| 27857 | Shiga v. Hawaiian Mission Academy | Affirmed |
|---|---|---|

**August 29, 2007**

| 27668 | Andrews v. State | Affirmed |
|---|---|---|
| 27740 | State v. Powell | Affirmed |
| 27584 | State v. Temo | Affirmed |

**August 30, 2007**

| 26886 | Fitzgerald v. China Airlines, Ltd. | Affirmed |
|---|---|---|

**August 31, 2007**

| 28200 | Kawamoto v. Campaign Spending Com'n | Affirmed |
|---|---|---|
| 27930 | Lenchanko v. Hawaii Government Employees Ass'n | Affirmed |
| 27176 | State v. Cantiberos | Reversed |
| 26808 | State v. Monico | Affirmed |
| 28138 | State v. Wroblewski | Affirmed |

**September 5, 2007**

| 27835 | Pioneer Mill Co., LLC v. Kapu | Affirmed |
|---|---|---|
| 28046 | State v. Hiramoto | Affirmed |